USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/22/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMSUNG FIRE & MARINE INSURANCE
COMPANY, LTD.,

Plaintiff,

-against-

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Defendant.

1:20-cv-04809-MKV

NOTICE OF POST-
DISCOVERY CONFERENCE

MARY KAY VYSKOCIL, United States District Judge:

The Court directs counsel for all parties to appear at a Post-Discovery Conference on **April 6, 2021, at 11:00 AM**.  The conference will be held telephonically.  To join the conference, dial 888-278-0296 and enter access code 5195844.

If either or both of the Parties anticipate filing a motion for summary judgment, that Party's pre-motion letter in anticipation of the motion, accompanied by a Rule 56.1 Statement as required by the Court's Individual Practices, must be filed on or before **March 23, 2021**.  The non-moving party must submit a response, along with a Rule 56.1 Counter-Statement, on or before **March 30, 2021**.  If both Parties intend to move for summary judgment, they should coordinate their letters and Rule 56.1 statements to ensure only one complete set is filed (*i.e.* two letters, one 56.1 statement, and one 56.1 counterstatement).  This may require the Parties to simultaneously file the documents on the same day.

If no summary judgment motion is anticipated, the post-discovery conference will serve as a pre-trial conference.  Parties should be prepared to discuss scheduling of trial and all pre-trial matters.

Any application to modify or extend the dates herein shall be made in a written application in accordance with paragraph 2(G) of the Court's Individual Practice Rules and shall be made no

less than three (3) days prior to the expiration of the date sought to be extended.  Failure to comply

with the deadlines set forth herein may result in sanctions.


**SO ORDERED.**

**Date:  February 22, 2021**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

2