UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMSUNG FIRE & MARINE INSURANCE
COMPANY, LTD.,

                      Plaintiff,

      -against-                                  20 **CIVIL** 4809 (MKV)

                                                      **JUDGMENT**

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                      Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 28, 2022, the undisputed record establishes that Defendant Liberty Mutual is not liable for the conduct of the Underlying Defendants in the Underlying Action. As such, Liberty Mutual's Motion for Summary Judgment is GRANTED and Samsung's Motion for Summary Judgment is DENIED. Samsung's request for oral argument is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

        February 28, 2022

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                              BY:

                                                           **Deputy Clerk**